1052

*In the Matter of the Marriage of* BRANDY LEAVITT, *Petitioner,* and JOE LEAVITT, *Respondent.*

 *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. JACQUELINE RENA RAY, *Appellant.*

 *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Bjorgen, J.

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES THOMAS SORENSEN, *Plaintiff.*

 *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. NICOLAS J. MARLL, *Appellant.*

 *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.